# United States District Court
## Southern District of Georgia

JOSHUA EMMANUEL PRESTON,

Plaintiff,

v.

WARDEN JOHN DEAL; and DEPUTY WARDEN PANERO,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:19-cv-13

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 31, 2019, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, Plaintiff's Complaint is DISMISSED without prejudice and Plaintiff is DENIED leave to appeal in forma pauperis. This action stands CLOSED.

Approved by: _____

November 8, 2019
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk